| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 3 | DAVID B. PERRY (State Bar No. 255925) |
| 4 | Two Embarcadero Center, 8th Floor |
| 5 | San Francisco, California 94111 |
| | Telephone: 415.576.0200 |
| 6 | Facsimile: 415.576.0300 |
| 7 | Email: ggilchrist@kilpatricktownsend.com |
| | dperry@kilpatricktownsend.com |
| 8 | Attorneys for Defendant WI-LAN INC. |

MCKOOL SMITH, P.C.
Robert A. Cote (*pro hac vice*)
Email: *rcote@mckoolsmith.com*
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (*pro hac vice*)
Email: *mmcmanus@mckoolsmith.com*
1700 K Street NW, Suite 740
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

Attorneys for Defendant WI-LAN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIX NETWORKS, INC., a Delaware Corporation, | Case No. 09-6038 CRB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| WI-LAN, INC., a Canadian Corporation, | |
| Defendant. | |

Case No. C-09-6038     – 1 –

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

Dallas 324454v1

1     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Calix, Inc. ("Calix") and Defendant Wi-LAN Inc. ("Wi-LAN"), by and through their respective counsel hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action as follows:

    Plaintiff Calix hereby dismisses, with prejudice, all claims in the complaint filed on December 28, 2009 [Dkt. No. 1] and Wi-LAN hereby dismisses, with prejudice, all claims set forth in its First Amended Answer and Counterclaim filed October 20, 2010 [Dkt. No. 77].

    For the avoidance of doubt, the aforesaid dismissals with prejudice encompass all claims and counterclaims in this case, including all claims and counterclaims in the case entitled, *Wi-LAN Inc. v. Calix, Inc.*, which was initiated in the United States Federal District Court, Eastern District of Texas (as Case No. 2:10-CV-117), and transferred to the United States Federal District Court, Northern District of California as Case No. C-11-00004 EMC, and which has since been consolidated with this action.

    Each party shall bear its own attorneys' fees and costs.

                                                Respectfully submitted,

DATED: June 7, 2011.          MCKOOL SMITH, P.C.


                                               By  */s/ Michael G. McManus*
                                                      Michael G. McManus (*pro hac vice*)
                                                        Attorneys for Defendant
                                                        Wi-LAN, Inc.


DATED: June 7, 2011.          REED SMITH LLP


                                               By  */s/ William R. Overend*
                                                         William R. Overend
                                                         Attorneys for Plaintiff
                                                        Calix Networks, Inc.

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document for any signatures on this document indicated by a "conformed" signature (/s/) and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED: June 7, 2011.  MCKOOL SMITH, P.C.

By _/s/ Michael G. McManus_____
Michael G. McManus
Attorneys for Defendant
Wi-LAN Inc..

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of this document via the Court's CM/ECF system per General Order No. 45(IX)(B). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

_/s/ Michael G. McManus_____
Michael G. McManus



Signed: June 7, 2011

Case No. C-09-6038  – 3 –
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

Dallas 324454v1